| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**CUTOLO BARROS LLC**<br>46-50 Throckmorton Street<br>Freehold, New Jersey 07728<br>(732) 414-1170<br>Hubert C. Cutolo, Esq. (038632003)<br>Attorneys for Renaissance at Franklin Master<br>Association, Inc. | |
| In Re:<br><br><br>SIMON ROJAS | Case No.:    19-20191-MBK<br><br>Chapter:    13<br><br>Judge:    Michael B. Kaplan |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Renaissance at Franklin Master Association, Inc., Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Renaissance at Franklin Master Association, Inc.

c/o CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, New Jersey 07728

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Date:  6/6/2019

Hubert C Cutolo, Esq.