LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
Ph:(973)313-1200
Email: blevitt@lsbankruptcylaw.com
BY:  Bruce H. Levitt, Esq. (BL9302)
**Attorney for the Debtor**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | |
| | Case No.: 19-20191 |
| SIMON ROJAS, | |
| | CHAPTER 13 |
| | |
| | |
| Debtors. | |

**ORDER CONTINUING AUTOMATIC STAY**

The relief set forth on the following page is Ordered.

DATED: June 12, 2019

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

    This matter having been opened to the Court on Motion of the Debtor to extend the automatic stay beyond 30 days from the date of the filing of the petition, and good cause having been shown;

    IT IS ORDERED, that the automatic stay shall remain in effect for the duration of the bankruptcy case unless otherwise lifted by Order of this Court.