**LEVITT & SLAFKES, P.C.**
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
Ph:(973)313-1200
Email: blevitt@lsbankruptcylaw.com
BY:  Bruce H. Levitt, Esq. (BL9302)
**Attorney for the Debtor**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | : | |
|---|---|---|
| | : | Case No.: 19-20191 |
| SIMON ROJAS, | : | |
| | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER CONTINUING AUTOMATIC STAY**

The relief set forth on the following page is Ordered.

**DATED: June 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court on Motion of the Debtor to extend the automatic stay beyond 30 days from the date of the filing of the petition, and good cause having been shown;

IT IS ORDERED, that the automatic stay shall remain in effect for the duration of the bankruptcy case unless otherwise lifted by Order of this Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Simon Rojas  
    Debtor

Case No. 19-20191-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db        +Simon Rojas,   9B Marswillo Way,   Somerset, NJ 08873-3779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
      Albert Russo   docs@russotrustee.com  
      Bruce H Levitt   on behalf of Debtor Simon Rojas blevitt@levittslafkes.com,  
       sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
      Hubert C. Cutolo   on behalf of Creditor   Renaissance at Franklin Master Association, Inc.  
       hcutolo@cutololaw.com  
      Rebecca Ann Solarz   on behalf of Creditor   New Jersey Housing and Mortgage Finance Agency  
       rsolarz@kmllawgroup.com  
      Tiffany L Byczkowski   on behalf of Attorney   Renaissance Birch Condominium Association, Inc.  
       collections@theassociationlawyers.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                          TOTAL: 6