| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-20191 / MBK**

Simon Rojas

Petition Filed Date: 05/20/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2019 | $870.00 | 25529181647 | 07/03/2019 | $870.00 | 208416148083 | 07/30/2019 | $870.00 | 25948585350 |
| 09/04/2019 | $885.00 | 25901715060 | 09/30/2019 | $885.00 | 24382833985 | 10/29/2019 | $885.00 | 25901727827 |
| 12/06/2019 | $885.00 | 25901737075 | | | | | | |

**Total Receipts for the Period:  $6,150.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,920.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| **CLAIMS AND DISTRIBUTIONS** | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Simon Rojas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | Renaissance at Franklin Master Association, Inc. »» P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Secured Creditors<br>Hold Funds: Pending Resolution | $1,901.34 | $34.71 | $1,866.63 |
| 2 | Renaissance at Franklin Master Association, Inc. »» P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Unsecured Creditors<br>Hold Funds: Pending Resolution | $2,740.57 | $0.00 | $2,740.57 |
| 3 | RENAISSANCE BIRCH CONDO ASSOCIATION, INC »» P/9B MARSWILLO WAY/MAINTENANCE & LATE FEES | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,271.50 | $0.00 | $4,271.50 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $65.57 | $0.00 | $65.57 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY »» P/9B MARSWILLO WAY/1ST MTG/ORDER 7/29/19 | Mortgage Arrears | $43,081.19 | $3,155.84 | $39,925.35 |

**Chapter 13 Case No. 19-20191 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,920.00 | Plan Balance: | $45,150.00 ** |
| Paid to Claims: | $5,800.55 | Current Monthly Payment: | $885.00 |
| Paid to Trustee: | $372.33 | Arrearages: | $15.00 |
| Funds on Hand: | $1,747.12 | Total Plan Base: | $53,070.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.