| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-20191 / MBK**

Simon Rojas

Petition Filed Date: 05/20/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $885.00 | 25901749686 | 02/04/2020 | $885.00 | 26446979171 | 03/03/2020 | $885.00 | 26406022094 |
| 04/13/2020 | $885.00 | 26446992625 | 05/06/2020 | $885.00 | 26199840295 | 06/03/2020 | $885.00 | 26446993637 |
| 07/08/2020 | $885.00 | 26518816056 | 08/04/2020 | $885.00 | 26725362726 | 09/01/2020 | $885.00 | 26518829951 |
| 10/02/2020 | $885.00 | 26518831806 | 11/03/2020 | $885.00 | 26725393383 | 12/01/2020 | $885.00 | 26990929956 |
| 01/07/2021 | $885.00 | 26990934941 | 02/17/2021 | $885.00 | 26990978185 | | | |

**Total Receipts for the Period: $12,390.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,540.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Simon Rojas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Secured Creditors | $1,901.34 | $550.79 | $1,350.55 |
| 2 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Unsecured Creditors | $2,740.57 | $0.00 | $2,740.57 |
| 3 | RENAISSANCE BIRCH CONDO ASSOCIATION, INC »»  P/9B MARSWILLO WAY/MAINTENANCE & LATE FEES | Unsecured Creditors | $4,271.50 | $0.00 | $4,271.50 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $65.57 | $0.00 | $65.57 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY »»  P/9B MARSWILLO WAY/1ST MTG/ORDER 7/29/19 | Mortgage Arrears | $43,081.19 | $12,480.22 | $30,600.97 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,540.00 | Plan Balance: | $34,530.00 ** |
| Paid to Claims: | $15,641.01 | Current Monthly Payment: | $885.00 |
| Paid to Trustee: | $1,236.95 | Arrearages: | $15.00 |
| Funds on Hand: | $1,662.04 | Total Plan Base: | $53,070.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**