| | |
|---|---|
| IN RE:<br>SIMON ROJAS<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.: 19-20191<br><br>Hearing Date: _____<br><br>Judge: _____ |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], Simon Rojas _____ am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on _____.

1) The Chapter 13 plan was originally confirmed by order entered on 8/12/2019.

2) I was current with plan payments through March, 2021.

3) I was current with post-petition mortgage payments through March, 2021 on property located at 9-B Marswillo Way, Somerset, NJ.

[If not applicable, skip] [if more than 1 property add additional lines]

    a) The mortgage payments referred to above are ☑ contractual payments ☐ adequate protection payments. [Check one]

    b) I am current with post-petition real estate taxes on the property located at

    9-B Marswillo Way, Somerset, NJ

        ⦿ YES ◯ NO

    c) I have current liability insurance on the property and can provide proof thereof.

        ⦿ YES ◯ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

    a) I am current with post-petition real estate taxes on the property located at

    _____

        ◯ YES ◯ NO

    b) I have current liability insurance on the property and can provide proof thereof.

        ◯ YES ◯ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]

_____

6) The change in my household income previously reported on Schedule I is $ 1,409.49 . My current household income is $ 2,760.40 . I have attached a current paystubs or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ 2,742.82 .

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> My wife has been out of work since the pandemic began because our children have not been in school. We have cut our expenses to meet our obligations until my wife is able to go back to work.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 03/18/2021 _____    _____
                                                                       Debtor Signature

Dated: _____    _____
                                                                       Debtor Signature

| SEQ 000371 | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| R6 / 8NG 24105055 | 01/ | 1644179 | 1 of 1 | |

**Earnings Statement**

ADP

MeatheadzLLC
2653 Brunswick Pike
Lawrence, NJ 08648

Period Starting: 02/05/2021
Period Ending: 02/11/2021
Pay Date: 02/12/2021

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 2    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Simon Rojas
9B Marswillo Way
Somerset, NJ 08873

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 39.18 | 783.60 | 4725.80 |
| Gross Pay | | | $783.60 | $4,725.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -61.24 | 370.36 |
| Social Security | -48.58 | 293.00 |
| Medicare | -11.36 | 68.52 |
| New Jersey State Income | -16.17 | 98.47 |
| New Jersey State UI | -3.33 | 20.08 |
| New Jersey State DI | -3.68 | 22.21 |
| New Jersey FLI | -2.19 | 13.23 |

| Net Pay | $637.05 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.18 | 236.29 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6214 | XXXXXXXXX | 637.05 |

Important Notes
THANK YOU

Your federal taxable wages this period are $783.60

© 1998, 2006, ADP, LLC All Rights Reserved

TEAR HERE