| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-20191 / MBK**

Simon Rojas

Petition Filed Date: 05/20/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $885.00 | 26990934941 | 02/17/2021 | $885.00 | 26990978185 | 03/10/2021 | $885.00 | 26931246298 |
| 04/06/2021 | $885.00 | 26990927640 | 05/04/2021 | $885.00 | 27239668863 | 06/03/2021 | $670.00 | 27239688292 |
| 07/07/2021 | $670.00 | 27239679393 | 08/04/2021 | $670.00 | 27239691947 | 09/08/2021 | $670.00 | 27352908538 |
| 10/06/2021 | $670.00 | 27574629816 | 11/04/2021 | $670.00 | 27574640368 | 12/09/2021 | $670.00 | 27601419150 |
| 01/05/2022 | $670.00 | 27601431074 | | | | | | |

**Total Receipts for the Period:  $9,785.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,555.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Simon Rojas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Secured Creditors | $1,901.34 | $908.43 | $992.91 |
| 2 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Unsecured Creditors | $2,740.57 | $0.00 | $2,740.57 |
| 3 | RENAISSANCE BIRCH CONDO ASSOCIATION, INC »»  P/9B MARSWILLO WAY/MAINTENANCE & LATE FEES | Unsecured Creditors | $4,271.50 | $0.00 | $4,271.50 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $65.57 | $0.00 | $65.57 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY »»  P/9B MARSWILLO WAY/1ST MTG/ORDER 7/29/19 | Mortgage Arrears | $43,081.19 | $20,583.10 | $22,498.09 |

**Chapter 13 Case No. 19-20191 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,555.00 | Plan Balance: | $34,625.00 ** |
| Paid to Claims: | $24,101.53 | Current Monthly Payment: | $670.00 |
| Paid to Trustee: | $1,839.75 | Arrearages: | $455.00 |
| Funds on Hand: | $613.72 | Total Plan Base: | $61,180.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.