UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on July 28, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**CUTOLO BARROS LLC**
46-50 Throckmorton St.
Freehold, New Jersey 07728
Phone: (732) 414-1170
Fax: (732) 414-1167
Christopher Lugara, Esq.
Attorneys for creditor Renaissance at Franklin
Master
Association, Inc.

| In Re: | | |
|---|---|---|
| | Case No.: | 19-20191-MBK |
| | Chapter: | 13 |
| SIMON ROJAS | Judge: | Michael B. Kaplan |

## ORDER GRANTING MOTION OF FAWN LAKES CONDOMINIUM ASSOCIATION SECTION 1, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: July 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:              Simon Rojas

Case No.:            19-20191-MBK

Caption of Order:    Order Granting Motion of Pursuant to 11 U.S.C. §362(d)

_____

### ORDER GRANTING MOTION OF RENAISSANCE AT FRANKLIN MASTER ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

1.        **ORDERED** that creditor Renaissance at Franklin Master Association, Inc. (the "Association") is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so that it may commence and carry out state law collection remedies against Debtor Simon Rojas (the "Debtor") to pursue recovery of all Post-Petition Assessments and attorneys' fees and costs, including but not limited to obtaining a personal judgment against the Debtors and levying upon the Debtors' assets.

2.        **ORDERED** that all actions taken by the Association against the Debtors pursuant to this Order are deemed valid and the Association may proceed without further leave of the Bankruptcy Court with foreclosure proceedings and/or other state court actions.

3.        **ORDERED** that the Association may join the Debtors and any trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.