UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CUTOLO BARROS LLC**
46-50 Throckmorton St.
Freehold, New Jersey 07728
Phone: (732) 414-1170
Fax: (732) 414-1167
Christopher Lugara, Esq.
Attorneys for creditor Renaissance at Franklin Master Association, Inc.

Order Filed on July 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SIMON ROJAS

Case No.:   19-20191-MBK
Chapter:    13
Judge:      Michael B. Kaplan

## ORDER GRANTING MOTION OF FAWN LAKES CONDOMINIUM ASSOCIATION SECTION 1, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: July 28, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 4

Page 2

Debtor:            Simon Rojas

Case No.:          19-20191-MBK

Caption of Order:  Order Granting Motion of Pursuant to 11 U.S.C. §362(d)

---

**ORDER GRANTING MOTION OF RENAISSANCE AT FRANKLIN MASTER ASSOCIATION, INC. FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)**

1. **ORDERED** that creditor Renaissance at Franklin Master Association, Inc. (the "Association") is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) so that it may commence and carry out state law collection remedies against Debtor Simon Rojas (the "Debtor") to pursue recovery of all Post-Petition Assessments and attorneys' fees and costs, including but not limited to obtaining a personal judgment against the Debtors and levying upon the Debtors' assets.

2. **ORDERED** that all actions taken by the Association against the Debtors pursuant to this Order are deemed valid and the Association may proceed without further leave of the Bankruptcy Court with foreclosure proceedings and/or other state court actions.

3. **ORDERED** that the Association may join the Debtors and any trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-20191-MBK
Simon Rojas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jul 28, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Simon Rojas, 9B Marswillo Way, Somerset, NJ 08873-3779

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Bruce H Levitt
     on behalf of Debtor Simon Rojas blevitt@levittslafkes.com
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Christopher Anthony Lugara
     on behalf of Creditor Renaissance at Franklin Master Association  Inc. clugara@cutolobarros.com

Denise E. Carlon
     on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com
     bkgroup@kmllawgroup.com

Hubert C. Cutolo
     on behalf of Creditor Renaissance at Franklin Master Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

Rebecca Ann Solarz

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor New Jersey Housing and Mortgage Finance Agency rsolarz@kmllawgroup.com

Tiffany L Byczkowski

on behalf of Attorney Renaissance Birch Condominium Association Inc. collections@theassociationlawyers.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8