**LEVITT & SLAFKES, P.C.**
**515 Valley Street**
**Suite 140**
**Maplewood, New Jersey 07040**
**Ph:(973)313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**BY:  BRUCE H. LEVITT, ESQ. (BL9302)**
**Attorney for the Debtor**

---

|                        | UNITED STATES BANKRUPTCY COURT |
|                        | DISTRICT OF NEW JERSEY |

| In Re:                 | :  |                          |
|                        | :  | Case No.: 19-20191       |
| SIMON ROJAS,           | :  |                          |
|                        | :  | CHAPTER 13               |
|                        | :  |                          |
|                        | :  | NOTICE OF MOTION TO VACATE |
|             Debtor.    | :  | ORDER OF JULY 28, 2022 AND |
|                        | :  | REINSTATE AUTOMATIC STAY |
|                        | :  |                          |

To:  Albert Russo, Standing Trustee
     1 AAA Drive, Suite 101
     Robbinsville, New Jersey 08691

     Christopher Lugara, Esq.
     Cutolo Barros, LLC
     46-50 Throckmorton Street
     Freehold, NJ 07728
     Attorneys for Renaissance at Franklin
     Master Association, Inc.

     Please take notice that the undersigned counsel for Debtor

Simon Rojas, will move before the Honorable Michael B. Kaplan,

United States Bankruptcy Judge, at the United States Bankruptcy

Court, 402 E. State Street, Trenton, New Jersey 08652, Courtroom

on the 12th day of October, 2022 at 9:00 a.m. or as soon

thereafter as counsel may be heard, for entry of an Order

Vacating Order of July 28, 2022 and Reinstating the Automatic

Stay as to Renaissance Franklin Master Association, Inc.

In support of the instant motion, the undersigned shall rely

on the Certification of Debtor submitted herewith.

Responsive pleadings, if any, shall be filed with the Clerk

of the Bankruptcy Court,402 E. State Street, Trenton, New Jersey

08625 and served upon the undersigned no more than seven days prior

to the return date hereof.

**LEVITT & SLAFKES, P.C.**
**Attorneys for Debtor**

**By: /s/Bruce H. Levitt**
**Dated: September 9, 2022**        **Bruce H. Levitt**