LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
Ph:(973)313-1200
Email: blevitt@lsbankruptcylaw.com
BY:  BRUCE H. LEVITT, ESQ. (BL9302)
Attorney for the Debtor

Order Filed on October 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                              :
                                    :    Case No.: 19-20191
SIMON ROJAS,                        :
                                    :    CHAPTER 13
                                    :
                                    :
          Debtor.                   :
                                    :
_____:

**ORDER VACATING ORDER OF JULY 28, 2022 AND
REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is Ordered.

**DATED: October 13, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having been opened to the Court on Motion of the Debtor to vacate this court's prior Order of July 28, 2022 and to reinstate the automatic stay as to the real property located at 9B Marswillo Way, Somerset, NJ 08873, and good cause having been shown;

IT IS ORDERED, that this Court's Order of July 28, 2022 granting relief from the automatic stay to Renaissance Franklin Master Association, Inc. be and hereby is vacated; and it is

FURTHER ORDERED, that the automatic stay is reinstated as to Renaissance Franklin Master Association, Inc. with regard to the real property located at 9B Marswillo Way, Somerset, NJ 08873.