LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
Ph:(973)313-1200
Email: blevitt@lsbankruptcylaw.com
BY:  BRUCE H. LEVITT, ESQ. (BL9302)
Attorney for the Debtor

**Order Filed on October 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                          :
                                :     Case No.: 19-20191
SIMON ROJAS,                    :
                                :     CHAPTER 13
                                :
                                :
                     Debtor.    :
                                :
                                :

ORDER VACATING ORDER OF JULY 28, 2022 AND
REINSTATING AUTOMATIC STAY

The relief set forth on the following page is Ordered.

**DATED: October 13, 2022**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court on Motion of the

Debtor to vacate this court's prior Order of July 28, 2022 and to

reinstate the automatic stay as to the real property located at 9B

Marswillo Way, Somerset, NJ 08873, and good cause having been shown;

IT IS ORDERED, that this Court's Order of July 28, 2022 granting

relief from the automatic stay to Renaissance Franklin Master

Association, Inc. be and hereby is vacated; and it is

FURTHER ORDERED, that the automatic stay is reinstated as to

Renaissance Franklin Master Association, Inc. with regard to the real

property located at 9B Marswillo Way, Somerset, NJ 08873.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-20191-MBK

Simon Rojas                                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 2

Date Rcvd: Oct 13, 2022                     Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

**Recip ID           Recipient Name and Address**
db                 + Simon Rojas, 9B Marswillo Way, Somerset, NJ 08873-3779

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
                                  docs@russotrustee.com

Bruce H Levitt
                                  on behalf of Debtor Simon Rojas blevitt@levittslafkes.com
                                  sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Christopher Anthony Lugara
                                  on behalf of Creditor Renaissance at Franklin Master Association  Inc. clugara@cutolobarros.com

Denise E. Carlon
                                  on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com
                                  bkgroup@kmllawgroup.com

Hubert C. Cutolo
                                  on behalf of Creditor Renaissance at Franklin Master Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

District/off: 0312-3                          User: admin                                              Page 2 of 2
Date Rcvd: Oct 13, 2022                       Form ID: pdf903                                     Total Noticed: 1

Tiffany L Byczkowski

      on behalf of Attorney Renaissance Birch Condominium Association  Inc. collections@theassociationlawyers.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7