| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-20191 / MBK**

Simon Rojas

Petition Filed Date: 05/20/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | $670.00 | 27601431074 | 03/03/2022 | $670.00 | 27843309955 | 03/08/2022 | $670.00 | 27601443764 |
| 04/08/2022 | $670.00 | 26199836392 | 05/16/2022 | $670.00 | 28120760065 | 06/13/2022 | $670.00 | 27916916872 |
| 07/12/2022 | $670.00 | 27725339452 | 08/09/2022 | $670.00 | 28150878857 | 08/31/2022 | $670.00 | 28150877575 |
| 10/05/2022 | $670.00 | 28093837915 | 11/08/2022 | $670.00 | 28230262863 | 12/13/2022 | $670.00 | 28093846307 |
| 01/05/2023 | $670.00 | 28230277454 | 02/01/2023 | $670.00 | 2011155671 | 03/07/2023 | $670.00 | 27916939337 |

**Total Receipts for the Period: $10,050.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Simon Rojas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | Renaissance at Franklin Master Association, Inc. »» P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Secured Creditors | $1,901.34 | $1,273.29 | $628.05 |
| 2 | Renaissance at Franklin Master Association, Inc. »» P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Unsecured Creditors | $2,740.57 | $0.00 | $2,740.57 |
| 3 | RENAISSANCE BIRCH CONDO ASSOCIATION, INC »» P/9B MARSWILLO WAY/MAINTENANCE & LATE FEES | Unsecured Creditors | $4,271.50 | $0.00 | $4,271.50 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $65.57 | $0.00 | $65.57 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY »» P/9B MARSWILLO WAY/1ST MTG/ORDER 7/29/19 | Mortgage Arrears | $43,081.19 | $28,850.52 | $14,230.67 |

Chapter 13 Case No. 19-20191 / MBK

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,935.00 | Plan Balance: | $25,245.00 ** |
| Paid to Claims: | $32,733.81 | Current Monthly Payment: | $670.00 |
| Paid to Trustee: | $2,579.43 | Arrearages: | ($215.00) |
| Funds on Hand: | $621.76 | Total Plan Base: | $61,180.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.