| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-20191 / MBK**

Simon Rojas

Petition Filed Date: 05/20/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 08/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $670.00 | 28230277454 | 02/01/2023 | $670.00 | 2011155671 | 03/07/2023 | $670.00 | 27916939337 |
| 03/28/2023 | $670.00 | 28612502021 | 05/05/2023 | $670.00 | 28612505575 | 06/07/2023 | $670.00 | 28612523272 |
| 06/22/2023 | $670.00 | 28612525522 | 08/07/2023 | $670.00 | 28612540528 | 09/08/2023 | $670.00 | 28612547010 |
| 10/31/2023 | $670.00 | 28798747683 | 11/14/2023 | $670.00 | 22011144902 | 12/20/2023 | $670.00 | 29063381387 |
| 01/23/2024 | $670.00 | 29063379093 | | | | | | |

**Total Receipts for the Period: $8,710.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,635.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Simon Rojas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Secured Creditors | $1,901.34 | $1,509.19 | $392.15 |
| 2 | Renaissance at Franklin Master Association, Inc. »»  P/9B MARSWILLO WAY/CONDO LIEN/CONDO LIEN | Unsecured Creditors | $2,740.57 | $0.00 | $2,740.57 |
| 3 | RENAISSANCE BIRCH CONDO ASSOCIATION, INC »»  P/9B MARSWILLO WAY/MAINTENANCE & LATE FEES | Unsecured Creditors | $4,271.50 | $0.00 | $4,271.50 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $65.57 | $0.00 | $65.57 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY »»  P/9B MARSWILLO WAY/1ST MTG/ORDER 7/29/19 | Mortgage Arrears | $43,081.19 | $34,195.72 | $8,885.47 |

**Chapter 13 Case No. 19-20191 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,635.00 | Plan Balance: | $18,545.00 ** |
| Paid to Claims: | $38,314.91 | Current Monthly Payment: | $670.00 |
| Paid to Trustee: | $3,091.31 | Arrearages: | ($215.00) |
| Funds on Hand: | $1,228.78 | Total Plan Base: | $61,180.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.