UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
New Jersey Housing and Mortgage Finance Agency

**Order Filed on January 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Simon Rojas aka Simon Rojas Romero
    Debtor

| | |
|---|---|
| Case No.: | 19-20191 MBK |
| Hearing Date: | 1/8/2025 @ 9am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☒ Followed | ☐ Modified | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>New Jersey Housing and Mortgage Finance Agency,</u> , under
Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to
institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate
jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as:  Lot 10, Block 150.01, 9B Marswillo Way,
Somerset NJ 08873

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate
with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-
bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further
distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 11/14/2023*