Order Filed on January 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Simon Rojas

Case No.:    __19-20191__

Chapter:    __13__

Hearing Date:    _____

Judge:    __Michael B. Kaplan__

## ORDER VACATING

__Order Granting Motion For Relief From Stay__

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 10, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Granting Motion For Relief From Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated ___01/08/2025___, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20191-MBK |
| Simon Rojas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

**Recip ID       Recipient Name and Address**
db              + Simon Rojas, 9B Marswillo Way, Somerset, NJ 08873-3779

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025                                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce H Levitt | on behalf of Debtor Simon Rojas blevitt@levittslafkes.com<br>sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Christopher Anthony Lugara | on behalf of Creditor Renaissance at Franklin Master Association  Inc. clugara@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com<br>bkgroup@kmllawgroup.com |
| Hubert C. Cutolo | on behalf of Creditor Renaissance at Franklin Master Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Tiffany L Byczkowski
    on behalf of Attorney Renaissance Birch Condominium Association  Inc. collections@theassociationlawyers.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7