| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000 Philadelphia, PA 19106<br>201-549-2363<br>dcarlon@kmllawgroup.com<br>Attorney for: New Jersey Housing and Mortgage Finance Agency | Order Filed on February 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:    <u>19-20191 MBK</u> |
| | Chapter: <u>13</u> |
| In Re:<br>Simon Rojas aka Simon Rojas Romero<br>Debtor | <u>Hearing: 1/8/2025 @ 9am</u><br><br>Judge:  Michael B. Kaplan |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:     Simon Rojas aka Simon Rojas Romero
Case No.:   19-20191 MBK
Caption:    **ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 9B Marswillo Way, Somerset, NJ, 08873, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esq., counsel for the Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 27, 2025, Debtors are due for the payment due February 1, 2025; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2025, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.