**Rob Saltzman, Esquire**
**PLUESE, BECKER, SALTZMAN & THOMAS, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 091651B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In re:** | : | **CASE NO. 19-20191-MBK** |
| | : | **CHAPTER 13** |
| Simon Rojas aka Simon Rojas Romero | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| | : | **OF NOTICES, PLEADINGS, ETC.** |
| **Debtor** | : | |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, New Jersey Housing and Mortgage Finance Agency, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER, SALTZMAN & THOMAS, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

New Jersey Housing and Mortgage Finance Agency
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
New Jersey Housing and Mortgage Finance Agency

DATED: March 25, 2025