<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td></tr>
</table>

| | |
|---|---|
| In Re:<br><br>Simon Rojas,<br><br>Debtor | Case No.: _____ 19-20191 _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ MBK _____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Simon Rojas _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 05/09/26 _____                     _____

                                                   Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*