UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STUART H. WEST, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

In Re:

Simon Rojas
aka Simon Rojas Romero

**Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 19-20191-MBK |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING MORTGAGEE'S REQUEST
## FOR AN EXTENSION TO RESPOND
## TO THE TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

The relief set forth on the following pages, numbered two (2) through _____2_____
is **ORDERED**.

**DATED: May 20, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Simon Rojas
Case No. 19-20191-MBK
Caption of Order: Order:   ORDER GRANTING MORTGAGEE'S REQUEST FOR AN
<u>EXTENSION TO RESPOND TO THE TRUSTEE'S NOTICE OF DISBURSEMENTS MADE</u>


THIS MATTER having come before the Court upon the Mortgagee's Application for a Request for an Extension of Time to file a Response to the Trustee's Notice of Disbursements Made; IT is hereby


ORDERED that the Mortgagee's Application is granted and the Mortgagee shall have an additional thirty  (30) days from the date of the entry of this Order to respond to the Trustee's Notice of Disbursements Made.


The Movant shall serve this order on the Debtor, any Trustee and any other Party who entered an appearance on the motion.