UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STUART H. WEST, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

**Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Simon Rojas
aka Simon Rojas Romero

| | |
|---|---|
| Case No.: | 19-20191-MBK |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING MORTGAGEE'S REQUEST
## FOR AN EXTENSION TO RESPOND
## TO THE TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

The relief set forth on the following pages, numbered two (2) through _____2_____
is **ORDERED**.

..........

**DATED: May 20, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Simon Rojas
Case No. 19-20191-MBK
Caption of Order: Order:   ORDER GRANTING MORTGAGEE'S REQUEST FOR AN
EXTENSION TO RESPOND TO THE TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

THIS MATTER having come before the Court upon the Mortgagee's Application for a Request for an Extension of Time to file a Response to the Trustee's Notice of Disbursements Made; IT is hereby

ORDERED that the Mortgagee's Application is granted and the Mortgagee shall have an additional thirty  (30) days from the date of the entry of this Order to respond to the Trustee's Notice of Disbursements Made.

The Movant shall serve this order on the Debtor, any Trustee and any other Party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20191-MBK |
| Simon Rojas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Simon Rojas, 9B Marswillo Way, Somerset, NJ 08873-3779 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce H Levitt | on behalf of Debtor Simon Rojas blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Christopher Anthony Lugara | on behalf of Creditor Renaissance at Franklin Master Association  Inc. clugara@hillwallack.com |
| Hubert C. Cutolo | on behalf of Creditor Renaissance at Franklin Master Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| Marisa Myers Cohen | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |

District/off: 0312-3                           User: admin                                           Page 2 of 2
Date Rcvd: May 20, 2026                        Form ID: pdf903                                    Total Noticed: 1

Matthew K. Fissel
    on behalf of Creditor New Jersey Housing and Mortgage Finance Agency bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

Robert P. Saltzman
    on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o LoanCare  LLC dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o LoanCare  LLC swest@pbslaw.org

Tiffany L Byczkowski
    on behalf of Attorney Renaissance Birch Condominium Association  Inc. collections@theassociationlawyers.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11